# Third District Court of Appeal

## State of Florida

Opinion filed November 5, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D24-0931
Lower Tribunal No. 15-12254-CA-01

————————————

**Michael Fisher, et al.,**
Appellants,

vs.

**Obsessions in Time, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

David J. Winker, P.A., and David J. Winker, for appellants.

Mansfield, Bronstein & Stone, LLP and Ronnie Bronstein and David Stone and Robert Mansen (Ft. Lauderdale), for appellees.

Before LOGUE, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.